IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAIKOLOA DEVELOPMENT CO., a Hawaii Domestic Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HILTON RESORTS CORPORATION, HILTON KINGSLAND 1, LLC, HILTON KINGSLAND 2, LLC, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS, PARTNERSHIPS, AND OTHER ENTITIES 1-10,<br><br>　　　　　Defendants.<br>_____ | CIV NO 13-00402 DKW-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 22, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Deny Plaintiff's Motion For Attorneys' Fees And Costs As Premature" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 9, 2014, at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Waikoloa Development Co., v. Hilton Resorts Corporation; Civ No. 13-00402 DKW BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION